**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6052**

_____

JOHNATHAN LEE SMITH, a/k/a Johnathan L. X. Smith, a/k/a
Johnathan Lee X Smith,

             Plaintiff - Appellant,

      v.

LAWRENCE WANG, M.D.; A. GILES, Nurse; P. MCHALKO, Nurse; D.
GILES, Nurse; C. WATSON, Unit Manager; M. SMITH, Sergeant of
Security; J. LUTHER, Officer; K. UNDERWOOD, Officer; J.
MORRISON, Officer; P. PAGET, Officer; J. BRUMFIELD, Officer; S.
FARMER, Rehabilitation Counselor; V. BRYON, Rehabilitation
Counselor; JEFFREY DILLMAN, Warden; JOHN GARMAN, Regional
Director,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:09-cv-00370-sgw-mfu)

_____

Submitted:  May 19, 2011           Decided:  May 24, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnathan Lee Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnathan Lee Smith appeals the district court's orders dismissing without prejudice his civil rights complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Wang, No. 7:09-cv-00370-sgw-mfu (W.D. Va. Sept. 7, 2010; Dec. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED